# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 3, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

159160(31)

*In re* HOUSE OF REPRESENTATIVES
REQUEST FOR ADVISORY OPINION
REGARDING CONSTITUTIONALITY OF
2018 PA 368 & 369                                    SC: 159160
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Seher Khawaja, Lynn Hecht Schafran, and Jennifer M Becker to appear and practice in this case under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 3, 2019



Clerk